# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VICTOR ALVAREZ,** ) | |
| *a/k/a* **MOHAMMAD SALMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL NO. 05-681-JPG** |
| **vs.** ) | |
| ) | |
| **BILL HENDRICKS,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

On October 4, 2005, the Court ordered Plaintiff to pay the $250 filing fee or file a motion to proceed *in forma pauperis* within 30 days, warning him that failure to comply would result in dismissal of this action. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). Following Plaintiff's failure to comply with that order in the time allotted, the Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to comply with an order of this Court. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

November 15, 2005            By:    **s/ J. Phil Gilbert**
*Date*                                            *District Judge*